## SOUTHMAYD v. BERRY.

### No. 7267; May 27, 1884.

3 Pac. 893.

**Appeal.—Findings Held Inconsistent With Each Other,** and with the averments in the complaint, and judgment reversed.

APPEAL from the Superior Court of Humboldt County.

W. H. Brumfield for appellants; Hanna & Steck for respondent.

By the COURT.—The findings in this case are indefinite, and are inconsistent with each other and with the averments of the complaint.

Judgment reversed and cause remanded, with leave to the plaintiff to amend her complaint if she shall be so advised.

## BROWN v. SUPERIOR COURT.

### No. 8011; May 27, 1884.

3 Pac. 895.

**Certiorari.—Where a Court has Jurisdiction** of the subject matter, and of the parties to an action, an order, though erroneous, if not in excess of jurisdiction, cannot be reviewed on certiorari.

Application for writ of certiorari.

Jas. A. Shankland for petitioner.

By the COURT.—The superior court having jurisdiction of the estate of the insolvent, Baeher, and of all persons interested in it, it is clear that the order of that court directing the assignee to pay out of the estate certain sums of money, if erroneous, was not in excess of its jurisdiction.

Writ denied and proceedings dismissed.